**ORDERED.**

PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank, N.A.
[FILE 09-020021 CHE]

Dated: January 28, 2010

*signature*

EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUIS A. ESPINOZA AND JUDITH L. ESPINOZA,<br><br>Debtor. | Case # 4:09-bk-31397-EWH<br><br>Chapter 7 Proceedings |
| JPMorgan Chase Bank, N.A., its assignees and / or successors in interest,<br>Movant,<br>v.<br>LUIS A. ESPINOZA AND JUDITH L. ESPINOZA, Debtor, and Chapter 7 Trustee Trudy A. Nowak,<br>Respondents. | **ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>5315 South Champion Strav<br>Tucson, AZ 85706 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N.A., ("JP MORGAN CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. JP MORGAN CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 5315 South Champion Strav, Tucson, AZ 85706 and legally described as:

> LOT 45 OF RODEO ADDITION NO. 2, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE PIMA COUNTY RECORDER IN BOOK 13 OF MAPS AND PLATS AT PAGE 14 THEREOF.

2. Unless and until otherwise ordered, the Automatic Stay imposed against JP MORGAN CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge